UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.   4:18-cr-00015-SEB-VTW-1 |
| ) | |
| THOMAS WAYNE MICHAELS ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On February 11, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on December 12, 2025.  Thomas Wayne Michaels appeared in person with his appointed counsel Brian Darling.  The government appeared by Barry Glickman, Assistant United States Attorney.  U. S. Probation appeared by Shallon Watson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised of his rights and provided him with a copy of the petition at the Initial Hearing held on February 5, 2026, and Mr. Michaels orally waived his right to a preliminary hearing at that time.

2. After being placed under oath, Mr. Michaels admitted violation numbers 1-5 (Dkt. 82).

3. The allegations to which Mr. Michaels admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |

As previously reported to the Court, on October 23, 2025, Mr. Michaels tested positive for cannabinoids. He admitted to the use of marijuana prior to the collection of the sample.

On November 18, 2025, Mr. Michaels again submitted a urine sample which tested positive for cannabinoids. Confirmation results are pending.

| | |
|---|---|
| 2 | **"You shall report to the probation officer in a manner and frequency directed by the court or probation officer."** |

On December 9, 2025, this officer called and texted the offender's last known cellular phone number and left messages for him to contact me as soon as possible. As of this filing, the offender has not responded to the probation officer.

| | |
|---|---|
| 3 | **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."** |

Mr. Michaels left The House of New Beginnings Halfway House on November 26, 2025, and did not notify this officer of his change in residence. Mr. Michaels' whereabouts are currently unknown.

| | |
|---|---|
| 4 | **"You shall maintain lawful full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment."** |

> Mr. Michaels has been unemployed since the start of his supervision. He has made no effort to obtain employment nor provide proof to the probation officer that he has been seeking employment.

5   **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."**

> Mr. Michaels was referred to comply with the substance abuse treatment program at The House of New Beginnings. Mr. Michaels left The House of New Beginnings on November 26, 2025, without the permission of the probation officer.

4.  The parties stipulated that:

    (a)  The highest grade of violation is a C Grade violation.

    (b)  Defendant's criminal history category is VI.

    (c)  The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months imprisonment.

5.  The parties jointly recommended a sentence of 8 months of imprisonment. Defendant requested placement at Lexington Medical Center or another medical center.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that Mr. Michaels violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 8 months with 4 years of supervised release to follow.

In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

12. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision. *Justification: Conditions 1-12 are considered administrative in nature and will enable the probation officer to effectively supervise the offender within the community.*

13. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

14. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

15. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no

more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

16. You shall not use or possess alcohol.

17. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e. g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

18. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

19. You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: mental health treatment. The probation officer shall determine your ability to pay and any schedule of payment. *Justification: Conditions 13-19 are recommended given the offender's history of substance abuse and mental health.*

20. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the

seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches. *Justification: This condition is recommended based on the nature and circumstances of the instant offense*

Mr. Michaels reviewed the above noted conditions with his attorney.

The Magistrate Judge will make a recommendation of placement at Lexington Medical Center or another medical center.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

2/11/2026

                                                VAN WILLIS
                                                United States Magistrate Judge
                                                Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system